**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------- X
In re:                                               :   Chapter 11
                                                     :
EOS AIRLINES, INC.                                   :   Case No. 08-22581 (RDD)
                                                     :
                        Reorganized Debtor.          :
---------------------------------------------------- X
TURNAROUND ADVISORS, LLC, AS                         :
LIQUIDATING TRUSTEE OF THE                           :
EOS AIRLINES, INC. LIQUIDATING TRUST                 :   Adv. Pro. No.: 10-08259 (SHL)
                                                     :
                        Plaintiff,                   :
                                                     :
         -against-                                   :
                                                     :
THE BOEING COMPANY,                                  :
                                                     :
                        Defendant.                   :
---------------------------------------------------- X
```

**STIPULATION AND AGREED ORDER REGARDING
SUBSTITUTION OF COUNSEL FOR TURNAROUND ADVISORS, LLC, AS
LIQUIDATING TRUSTEE OF THE EOS AIRLINES, INC. LIQUIDATING TRUST**

WHEREAS, Cohen Tauber Spievack & Wagner PC ("**CTSW**") has appeared as counsel of record for Turnaround Advisors, LLC, as Liquidating Trustee of the EOS Airlines, Inc. Liquidating Trust (the "**Liquidating Trustee**"), in the above-captioned adversary proceeding under chapter 11 of title 11 of the United States Code ("**Bankruptcy Code**"); and

WHEREAS, this Court's Local Rule 2090-1(e) provides that an attorney who has appeared as attorney of record may be replaced only by order of the Court for cause shown; and

WHEREAS, CTSW desires to substitute Neiger LLP ("**Neiger**") as its counsel in the above-captioned Adversary Proceeding No. 10-08259 (SHL) (the "**Adversary Proceeding**"); and

WHEREAS, cause exists to approve such substitution of counsel, including that Neiger LLP will be pursuing this action on a contingency fee basis in efforts to reduce the costs to the Estate in connection with pursuing this action, and that no party in interest will be prejudiced by the substitution of counsel in the Adversary Proceeding.

NOW THEREFORE, IT IS HEREBY STIPULATED, AGREED AND SO ORDERED THAT:

1. CTSW shall be replaced by Neiger as counsel of record to the Liquidating Trustee in the Adversary Proceeding. CTSW is henceforth relieved as counsel of record to the Liquidating Trustee in the Adversary Proceeding.

2. All notices given or required to be given, and papers filed or served or required to filed or served in the Adversary Proceeding, should henceforth be provided to and served upon counsel at the address set forth below:

> Edward E. Neiger, Esq.
> Jonathan S. Bodner, Esq.
> Neiger LLP
> 317 Madison Avenue, 21st Floor
> New York, NY 10017
> Tel.: 212-267-7342
> Fax: 918-3427
> eneiger@neigerllp.com
> jbodner@neigerllp.com

Dated: New York, New York
February 7, 2011

| **COHEN TAUBER SPIEVACK & WAGNER PC** | **NEIGER LLP** |
|---|---|
| By:   /s/ Joseph M. Vann<br>    Joseph M Vann<br>    Zvi S. Rosen<br>420 Lexington Ave., Suite 2400<br>New York, NY 10170<br>Telephone: 212-586-5800<br>Facsimile: 212-586-5095 | By:   /s/ Edward E. Neiger<br>    Edward E. Neiger, Esq.<br>    Jonathan Bodner, Esq.<br>317 Madison Avenue, 21st Floor<br>New York, NY 10017<br>Telephone: 212-267-7342<br>Facsimile: 212-406-3677 |

**I, the undersigned, consent to the above substitution.**

   EOS Airlines, Inc. Liquidating Trust

   By:  Turnaround Advisors, LLC, Trustee

   By:     /s/ John Fioretti
       John Fioretti, its Managing Member

**SO ORDERED** this **25**[th] day of **February**, 2011:

*/s/ Sean H. Lane*
UNITED STATE BANKRUPTCY JUDGE